UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

2010 MAR 29 P 6: 40

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:00-CR-0361-PMP-LRL |
| Plaintiff, ) | |
| vs. ) | |
| JACY KASLOV ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF #22), sentencing having been imposed on October 1, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: CAMBRIDGE INTEGRATED SERVICES (formerly North Pacific I
                  Insurance)
    Amount of Restitution: $4,000.00

    Name of Payee: TRAVELERS PROPERTY AND CASUALTY
    Amount of Restitution: $15,000.00

    Name of Payee: CONTINENTAL WESTERN GROUP
    Amount of Restitution: $3,500.00

    Name of Payee: SAFCO
    Amount of Restitution: $5,250.00

Name of Payee: CONSOLIDATED STORES
Amount of Restitution: $6,900.00

Name of Payee: RISK ENTERPRISE MGMT
Amount of Restitution: $7,875.00

Name of Payee: STATE FARM INSURANCE
Amount of Restitution: $4,649.00

**Total Amount of Restitution ordered: $47,174.00**

Dated this ____29____ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE